UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADLEY FOERSTER )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>Defendant ) | Case: 1:25-cv-03277<br>Assigned To : Nichols, Carl J.<br>Assign. Date : 9/18/2025<br>Description: FOIA/Privacy Act (I-DECK)<br><br>RECEIVED<br>Mailroom<br>SEP 1 8 2025<br>Angela D. Caesar, Clerk of Clerk<br>U.S. District Court, District of Columbia |

## INTRODUCTION

1. This is an action under the Freedom of Information Act ("FOIA") seeking the release of Dr. Bradley Foerster's FBI file. Bradley Foerster had filed a similar complaint against the Department of Justice in 2022 which was dismissed without prejudice (Case No. 1:23-cv-01871).

2. In July – August 2016, Paul Cronin informed Dr. Bradley Foerster (then tenured physician faculty at the University of Michigan) and Ms. Duaa Altaee (then research coordinator at the University of Michigan) of a Russian Scheme to subvert the 2016 U.S. Presidential election in Donald Trump's favor as Russia had Kompromat on Trump including a sex tape. Paul Cronin's statements pre-dated the Steele Dossier by several months.

3. Paul Cronin also said that he was not trained as a physician (Paul Cronin immigrated from Ireland) and said that his false physician credentials provided near perfect cover to operate as a spy. Despite Paul Cronin's CV stating that he practiced as a physician in Ireland, the Ireland Medical Council has no record of Paul Cronin (**Exhibit A**).

1

4. In early 2018, Bradley Foerster and his wife Dr. Myria Petrou wrote Special Counsel Robert Mueller and U.S. Deputy Attorney General Rod Rosenstein about what Paul Cronin had said about the 2016 U.S. Presidential election but received no reply.

5. Instead, the Ann Arbor Observer published four defamatory articles about Bradley Foerster and Myria Petrou (which remain online to date despite the Observer editor being unable to tell a federal judge how the online articles serve the public interest) ridiculing Bradley Foerster and Myria Petrou about the letters to Special Counsel Robert Mueller and U.S. Deputy Attorney General Rod Rosenstein.

6. In September 2018, Bradley Foerster filed a federal lawsuit (Case No. 2:18-cv-07672) against Paul Cronin regarding Paul Cronin's statements regarding the 2016 U.S. Presidential election. As part of the lawsuit, Bradley Foerster executed an affidavit swearing to and documenting what Paul Cronin had told Dr. Foerster about the 2016 U.S. Presidential election **(Exhibit B).** Bradley Foerster dismissed the case with Paul Cronin saying he would come forward as witness, but Paul Cronin never did.

7. In November 2018, Bradley Foerster wrote the University of Michigan about what Paul Cronin had said about the 2016 U.S. Presidential Election and asked for the University of Michigan to help facilitate the safe release of the recordings of Paul Cronin's statements **(Exhibit C).** In response, the University of Michigan went to extreme lengths and spent nearly $1M on outside attorneys to claim Dr. Foerster was non-credible.

8. In November 2020, Bradley Foerster and Myria Petrou wrote U.S. Attorney General Barr and Special Counsel Durham about what Paul Cronin had said about the 2016 U.S. Presidential election but never heard back **(Exhibit D).**

9. In July 2023, Bradley Foerster wrote U.S. Attorney General Garland and FBI Director Wray about what Paul Cronin had said about the 2016 U.S. Presidential election and Bradley Foerster's 500+ page FBI file but never heard back **(Exhibit E).**

10. In August 2023, Bradley Foerster and Myria Petrou wrote Special Counsel Jack Smith about what Paul Cronin had said about the 2016 U.S. Presidential election but never heard back **(Exhibit F).**

11. In October 2024, Bradley Foerster wrote Christopher Steele about what Paul Cronin had said about the 2016 U.S. Presidential election but never heard back **(Exhibit G).**

12. On September 13, 2025, Bradley Foerster wrote Senator Chris Van Hollen, U.S. Representative Jamie Raskin, Senator Charles Grassley, Senator Adam Schiff, Senator Richard Blumenthal, Senator Gary Peters, U.S. Representative Jim Himes, Governor Gretchen Witness and Attorney General Nessel to follow-up on prior communications to these legislators/elected officials about what Paul Cronin had said about the 2016 U.S. Presidential election but never heard back **(Exhibit H).**

13. Following Paul Cronin's disclosures to Bradley Foerster and Myria Petrou, their family and their two minor children have been targeted and continue to be targeted. Further details can be found in Bradley Foerster's published book *Town & Gown* as well as his blog https://hailtothevictims.blogspot.com/.

## JURISDICTION AND VENUE

14. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B), 5 U.S.C. § 552(a)(4)(vii) and 28 § U.S.C. 1331.

15. Venue is proper in this district as Defendant's principal place of business in in Washington, D.C.

3

## PARTIES

16. The Plaintiff hereby incorporates the preceding paragraphs as if fully restated herein.

17. Plaintiff Dr. Bradley Foerster is a resident of Potomac, Montgomery County, State of Maryland. Dr. Bradley Foerster is board-certified radiologist having received medical training from the University of Michigan and Johns Hopkins University.

18. Defendant U.S. Department of Justice ("U.S. DOJ") is a Department of the Executive Branch of the United States government. The U.S. DOJ is an agency within the meaning of 5 U.S.C. § 552(f)(1).

## FACTS

19. The Plaintiff hereby incorporates the preceding paragraphs as if fully restated herein.

20. The statutory time period for a determination on a FOIA response is 20 business days. 5 U.S.C. § 552(a)(6)(A)(i).

21. An agency may invoke an additional 10 business days to make a determination in the case of "unusual circumstances." 5 U.S.C. § 552(a)(6)(B)(i).

22. The agency shall provide the requested records promptly to the person making the request. 5   U.S.C. § 552(a)(6)(C)(i).

23. The U.S. DOJ has a pattern or practice of failing to comply with the statutory deadlines. U.S. DOJ's backlog is evidence of this pattern or practice. The backlog requests grew from 49,959 in 2021 to 64,982 in 2022.

24. On January 29 2023, Dr. Foerster submitted a routine FOIA request to the FBI/U.S.DOJ for the following records:

    Dear FBI/DOJ, Under FOIA, I am requesting my FBI file including but not limited to any complaints, investigation, and reports concerning myself.

    Please use this email address for any questions and for transmission of the requested information. I am attaching my signed certification of identity form.

Thank you,

Bradley Foerster, MD PhD (**Exhibit I**).

25. On January 31 2023, the U.S. DOJ FOIA/PA Office confirmed receipt of Dr. Foerster's FOIA request documenting that "federal agencies are required to respond to a FOIA request within 20 business days." (**Exhibit J**).

26. After no response from the FBI/U.S. DOJ on March 21 2023, Dr. Foerster filed a FOIPA appeal (**Exhibit K**).

27. On April 7 2023, the U.S. DOJ denied Dr. Foerster's FOIPA appeal (**Exhibit L**).

28. On May 16 2023, the FBI/U.S. DOJ documented that it "has located approximately 514 pages subject to the FOIPA" request (**Exhibit M**).

29. On May 20 2023, Dr. Foerster paid the $40.00 estimated total cost processing fee for the FOIPA release (**Exhibit N**).

30. On June 21 2023, Dr. Foerster asked for assistance for the release of his FBI file from President Biden (**Exhibit O**).

31. Following, President Biden said that Dr. Foerster's FBI file would not be released until 2028.

32. Senator Van Hollen's office recently confirmed with the DOJ/FBI that the timeline to release Dr. Foerster's FBI file is 2028 (**Exhibit P**).

33. As a result, Dr. Foerster narrowed the scope of the FOIA request to:

Please do narrow the scope of my foia request related to Russia-Gate in my FBI file. Paul Cronin told me and Duaa Altaee of a Russian scheme to subvert the 2016 election in President Trump's favor and that Russia had Kompromat on Trump. Paul told us these things in July-Sept 2016 months before this was published in the Steele Dossier.

Please provide an updated release date now that I have narrowed the scope.

Thank you,

Bradley Foerster, MD PhD (**Exhibit Q**)

34. In August 2025, President Trump wrote back to Dr. Foerster's wife Dr. Petrou after Dr. Petrou informed President Trump of the severe retaliation by the University of Michigan and the City of Ann Arbor:

Dear Dr. Petrou,

Thank you for taking the time to share your story with me.

Your words are a powerful reminder of the strength, resilience, and spirit of the American people. It is because of proud, hardworking citizen like you that I will never stop fighting to protect our values, defend our freedoms and put America first.

Melania and I send our best wishes to you and your family. May God bless you and may He continue to bless the United State of America.

Sincerely,

President Trump  (**Exhibit R**)

35. To date, Dr. Foerster has not received single page of the 514-page FBI file regarding Dr. Foerster.

36. Dr. Foerster has therefore instituted this action to ask the Court to order the U.S. DOJ to disclose the requested information.

## CAUSES OF ACTION

37. Dr. Foerster hereby incorporates the preceding paragraphs as if fully restated herein.

38. The U.S. DOJ has failed to provide Dr. Foerster's FBI file.

39. U.S. DOJ's failure to provide the Dr. Foerster's FBI file violates FOIA, 5 U.S.C. § 552(a)(6)(C)(i).

40. Injunctive relief is authorized under 5 U.S.C. § 552(a)(4)(B) because the U.S. DOJ continues to improperly withhold Dr. Foerster's FBI file and does so as a matter of policy or practice, in violation of the FOIA. Dr. Foerster will suffer irreparable injury from and

has no adequate legal remedy for the U.S. DOJ's illegal withholding of Dr. Foerster's FBI file.

## REQUESTED RELIEF

WHEREFORE, Plaintiff Prays that this Court:

1. Expedite consideration of this complaint under 28 U.S.C. § 1657;

2. Order Defendant to immediately process all requested records;

3. Order Defendant to conduct a thorough search for all responsive records;

4. Order Defendant to promptly disclose the requested records in their entirety and make copies available to Plaintiff;

5. Enjoin Defendant from charging Plaintiff further fees for the processing of this request;

6. Award Plaintiff its costs incurred in this action under 5 U.S.C. § 522(a)(4)(E);

7. Given the current highly polarized political environment, the recent pollical assassinations/attempts and the charged nature of this Complaint, that the Court orders protection of the relevant witnesses including Plaintiff, Plaintiff's family, Duaa Altaee and Paul Cronin by the U.S, Federal Marshalls until these matters can be addressed and adjudicated;

8. Grant such other relief as the Court may deem just and proper.

Respectively submitted,

Dated: September 17, 2025

Bradley Foerster, MD PhD (In Pro Per)
9337 Copenhaver Drive
Potomac, MD 20854
Phone: (612) 354-0408
bradfoerster05@gmail.com