# Exhibit A

Comhairle na nDochtúirí Leighis
Medical Council

Mr Bradley Foerster
Via email: bradfoerster05@gmail.com

13th March 2022

**OUR REF: F17-2022**

Dear Mr Foerster,

I refer to your request under the Freedom of Information Act 2014 (FOI Act) received on the 4th May 2022. Your request sought access to the following records;

*any physician licensing documentation regarding Paul Cronin who per his CV (attached) was a medical intern/resident in Ireland from 1994-1997 and is currently employed as a physician in the United States.*

**Decision**

As the Decision Maker in this case, I have made a final decision on your request on 13th March 2022. Under Section 13 of the FOI Act, I have decided to refuse you access to the records covered by your request. This decision is subject to Section 15(1)(a) of the FOI Act,

*A head to whom an FOI request is made may refuse to grant the request where – the record concerned does not exist...*

By way of background, the Medical Council regulates medical practitioners in the Republic of Ireland. The purpose of the Council is to protect the public by promoting and ensuring high standards of professional conduct and professional education, training and competence among doctors. Following a search of our register we have not identified the medical practitioner you are referring to and therefore no records are available. Furthermore please be advised that the Medical Council does not retain employment information relating to registered medical practitioners.

**Right of Appeal**

Upon receipt of this reply, if you are not content with the outcome or the decision made, you are entitled to seek an internal review under Section 21 of the FOI Act. A request for an internal review should be made within four weeks of the date of this decision to:

**Internal Reviewer, Medical Council, Kingram House, Kingram Place, Dublin 2 or via email to foi@mcirl.ie**

If your request relates to non-personal information you are liable for a fee of €30 (€10 for Medical Card holders) when you request an internal review.

If you are unhappy with the response you receive to your internal review, you have a right to appeal to the Office of the Information Commissioner. This appeal must be made within 6 months of the date of the internal review decision and may be made by writing to:-

**Office of the Information Commissioner, 6 Earlsfort Terrace, Dublin 2 D02 W773**

**Medical Council**
Kingram House
Kingram Place
Dublin 2

t. +353 1 4983100
f. +353 1 4983102
www.medicalcouncil.ie
info@mcirl.ie

Comhairle na nDochtúirí Leighis
Medical Council

Alternatively you may appeal using the Office of the Information Commissioner on-line application form which can be located at: https://www.oic.ie/apply-for-a-review/how-to-apply-for-a-review/

If your request relates to non-personal information you are liable for a fee of €50 (€15 for Medical Card holders) and this fee is payable to the Office of the Information Commissioner on lodging your appeal.

**Disclosure Log and Publication Scheme**

Details of non-personal FOI requests are recorded on an FOI disclosure log, which is available on our website. You can also review the publication scheme here.

If you have any questions, please do not hesitate to contact me.

Yours sincerely,

**Sarah Howard**
**Information Governance Officer**
Sarah.howard@mcirl.ie

*Sent via email only and accordingly bears no signature.*

**Medical Council**       t. +353 1 4983100
Kingram House       f. +353 1 4983102
Kingram Place       www.medicalcouncil.ie
Dublin 2       info@mcirl.ie

# Exhibit B

## AFFIDAVIT

I, Bradley Foerster, being duly sworn, state as follows:

- I am a citizen of the United States of America.
- I have no other citizenship status with any other country.
- I am not a foreign agent nor have I ever been employed or affiliated with a foreign government or foreign intelligence service/agency.
- From September to October 2016,  Paul Cronin and Allison Cronin drove to 3672 Wellington Cross Road, Ann Arbor, MI and spent numerous nights with Bradley Foerster and Duaa Altaee.
- During these discussions, Allison Cronin and Paul Cronin informed Bradley Foerster and Duaa Altaee that Allison and Paul were members of the Irish Republican Army.
- Paul Cronin also stated that he was educated as an architect not a medical doctor.
- Paul Cronin and Allison Cronin stated that they worked for foreign governments and each had been paid over $10 million which was hidden in offshore bank accounts.
- Paul Cronin stated that he specifically worked for Russian intelligence and has a direct line of communication to Vladimir Putin.
- During the September-October 2016 discussions, Paul Cronin described a conspiracy between Russian intelligence and the Trump campaign to subvert the 2016 U.S. Presidential election.
- Paul Cronin informed Bradley Foerster and Duaa Altaee that the Russians had Kompromat on Donald Trump and there was quid pro quo agreement between Trump and the Russians.
- Paul Cronin stated there was a scheme to hack the actual election count in Trump's favor.
- Paul Cronin stated that Mike Pence and House Speaker Paul Ryan were aware of the plan to subvert the 2016 U.S Presidential Election in Trump's favor.
- Paul Cronin informed Bradley Foerster and Duaa Altaee that several mid-Western governors including Governor Rick Snyder were aware and involved in the Russian-Trump Conspiracy.
- Paul Cronin described a Russian money laundering scheme involving Governor Snyder and the state of Michigan.
- Paul Cronin and Allison Cronin repeatedly asked Brad and Duaa what intelligence agency they worked for. Both Brad and Duaa denied they worked for an intelligence agency.
- Paul Cronin stated for the record that he was of sound body and mind, provided this testimony completely voluntarily, without coercion or blackmail, and without the fear or threat of mental or physical harm.
- From December 2016 to February 2017, Bradley Foerster and Duaa Altaee had numerous phone conversations with Paul Cronin.  Some of the phone conversations also involved Myria Petrou (Brad's wife) and Aine Kelly (Paul's wife).
- During these conversations, Paul Cronin stated that Maria Petrou was a Russian agent and that Maria Petrou had transferred $100M worth of properties and assets under Myria's name (without Myria's knowledge) to avoid an investigation.  According to Paul, Maria Petrou was running an extensive Russian money laundering operation involving the University of Michigan, PNC Bank, the Greek Orthodox Church, and the Bank of Ann Arbor.
- Paul Cronin also stated that he had a close relationship with then FBI Director James Comey and that James Comey was involved facilitating/covering-up the Russian interference in the 2016 U.S. President election.
- From May to June 2017, Bradley Foerster and Duaa Altaee had numerous conversations with Paul Cronin and Allison Cronin at 1103 Freesia Court, Ann Arbor, MI.  Aine Kelly was also involved in some of the discussions.
- Paul Cronin provided additional details regarding Maria Petrou being a high level Russian agent including the statement that Maria Petrou has a direct line to Vladimir Putin.
- Paul Cronin stated that both Jeff Sessions and Neil Gorsuch were part of the Russian-Trump Conspiracy and cover-up plan.

Further affiant sayeth not.
I DECLARE UNDER THE PENALTIES OF PERJURY THAT THE STATEMENTS ABOVE ARE TRUE AND COMPLETE TO THE BEST OF MY INFORMATION, KNOWLEDGE AND BELIEF

_____ Date   9-1-18

State of California)
    )SS:
County of _____)

On the _____ day of _____, 20____, before me a notary public, the undersigned officer, personally appeared known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purposes therein contained. In Witness hereof, I hereunto set my hand and official seal.

### Notary Certificate Attached

Notary Public

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Sonoma

On September 12, 2018 before me, Kimberly K Matherly, Notary Public,

personally appeared _____ Bradley Foerster _____

who proved to me on the basis of satisfactory evidence to be the persons(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Kimberly K Matherly_

[Notary Seal:
KIMBERLY K. MATHERLY
COMM. #2112059
NOTARY PUBLIC · CALIFORNIA
SONOMA COUNTY
My Comm. Expires June 14, 2019]

*******************************************************************

CAPACITY CLAIMED BY SIGNER

(X) Individual
( ) Corporate _____ (Title)
( ) Partners – ( ) Limited  ( ) General
( ) Attorney-in-fact
( ) Trustee(s)

# Exhibit C

November 17 2018

Dr. Bradford Executive Dean for Academic Affairs and University of Michigan Committee

Dear Dr. Bradford and Committee,

Thank you once again for taking to time to attend this hearing as these procedures are critical for me to present my substantial evidence and clear my good name. In spite of this only being end of the second of three scheduled hearings, I am confident that I have established a strong defense and that the main goal and outcome of the "draft" Hall Render reports and dismissal is to attack and undermine my credibility. Mr. Tukel would have you believe that at the age of 45 all of I sudden I became a shady character, spun conspiracies, engaged in fraudulent activity, committed infractions against the court, and attacked the University of Michigan.

In fact the exact opposite is true. I have always done the right thing. I stood up and protected a 26 year old bright promising woman from sexual harassment but surely as the evidence I have presented you demonstrates that this is more than a sexual harassment and retaliation case. Something here doesn't add up. Something here isn't right.

I have faced multiple meritless criminal investigations both inside and outside the University without being informed - a fundamental violation of my rights under the Constitution. Multiple employment laws have been broken by the University and instead I, the victim of the broken laws, am being accused of wrong doing to justify my proposed dismissal. I have faced inexplicable hostility from the law enforcement and judicial system including the courts themselves not following fundamental procedures once again resulting in numerous violations of my civil and constitutional rights.

I also want to clarify for the committee that I reported the EPIC fraud based on repeated detailed information I received from Dr. Paul Cronin. Dr. Cronin informed me that he had corroborating evidence and he echoed similar concerns raised by Dr. Paula Novelli a former radiology physician at UM. I never sent any mass emails or made any postings related to this matter or the NIH R01 grant.

Lastly, I am asking Dr. Bradford, the committee, and the University for its assistance in a matter of critical national security. I have recordings of my conversations with Dr. Paul Cronin who in August and September 2016 described in great detail a Russian scheme to subvert the 2016 U.S. Presidential Election. Many of Dr. Cronin's statements have proven true. The recordings are in the possession of Ms. Duaa Altaee given safety concerns that I have with two young children in the house. I am asking that the University of Michigan to facilitate the release of these recordings and our critical witness testimony in front of a Federal Judge. The critical witnesses include myself, Paul Cronin, Duaa Altaee and Myria Petrou. I am also requesting that the University make the appropriate arrangements to make sure this is done in a controlled, proper and safe manner for us and our children given the extreme sensitivity of this matter.

Sincerely,

Bradley Foerster, MD PhD
Associate Professor (with tenure)
University of Michigan

Cc: Daniel Tukel, President Mark Schlissel, Provost Martin Philbert, Dean Marshall Runge, Dr. Paul Cronin, Dr. Myria Petrou, Ms. Duaa Altaee

# Exhibit D

November 20 2020

**Re:  U.S. Presidential Elections**

Dear Attorney General Barr and U.S. Attorney Durham,

We are writing to you regarding concerns related to meddling with the U.S .elections specifically as it relates to the State of Michigan.

In the fall of 2016, when we were both physicians on faculty at the University of Michigan a colleague from the University of Michigan, Paul Cronin, informed us about a scheme to interfere with the U.S. elections back in 2016 which according to Cronin he was involved in along with his friend FBI Director James Comey and Russian elements.

We at the time thought what Cronin was saying was outlandish but then what Cronin was saying in the fall of 2016 somehow surfaced in the infamous Steele Dossier which we saw in the press in early 2017. When we told Cronin what he was saying was totally outlandish and how would anyone would ever get away with such a thing he told us "not to worry" that "they would bring Mueller in to cover the whole thing up."

How did this affect our lives? After what Cronin said to us which we have good reasons to believe he made sure he leaked to the outside world we became targets by numerous entities in the "liberal" "all-Democrat" City of Ann Arbor and the State of Michigan.

Specifically, we were victims of local police corruption subsequently covered up by the Michigan State Police and suffered illegitimate search and seizures without probable cause/probable cause files leading to the loss of our house and all of our assets. The University of Michigan led by Lead Counsel Timothy Lynch who had worked for the Obama administration came after our employment even though we both have outstanding records as physicians with no malpractice and no patient complaints. After much effort and continuous obstruction by the University of Michigan, Brad is due to start as a staff physician at the Iowa City VA on Monday 11/23/2020 but we are always nervous about the continued interference especially as the "liberal" University of Michigan continues to blacklist Myria.

Attorney General Barr - the University of Michigan with essentially an all-Democrat board of Regents went as far as bringing in a FAKE FEDERAL OIG AGENT in an effort to intimidate us and muzzle us and used this fake federal agent against Brad's employment. When we later found out from the OIG that there is no such agent, the University had nothing to say.

The University of Michigan medical system has also interfered with Myria's reproductive history documentation and continues to refuse to correct the record despite numerous requests and evidence, a clear violation of HIPAA and an attempt to undermine and mis-document and target our beliefs as individuals and as a couple in the sanctity of life.

Governor Whitmer and Attorney General Nessel covered-up and endorsed the whole thing despite being contacted numerous times about the numerous constitutional rights violations. One of perhaps the most egregious actions of the all-liberal University of Michigan and Governor Whitmer is that they directly interfered in the winter of 2020 with Brad's efforts to run for office as a U.S. Representative in his hometown district in the Thumb of Michigan (MI 10th district) on the REPUBLICAN ticket, a clear First Amendment violation.

Further, in the spring of 2020 when we responded to Governor Whitmer's desperate call for healthcare providers to the State of Michigan during the first bout of the Covid pandemic she did not take us up on our offer, essentially depriving Michigan residents of medical expertise, while having the state on lockdown, to promote a political agenda.

Interestingly, we recently found out that Paul Cronin has been terminated by his most recent employer Emory University because he is not a physician.

The all liberal University of Michigan covered up for over 15 years the fact Paul Cronin is not a physician and relentlessly came after us, two physicians with stellar credentials (education and training at University of Michigan, Johns Hopkins and University of Cambridge U.K.) committed to patient care. The all liberal University of Michigan destroyed Brad's ALS research program which was at the time all this happened running the biggest imaging trial in the world trying establish an earlier diagnostic test for this fatal disease in an effort to develop an earlier more effective intervention.

We now find ourselves in the position of seeing University of Michigan faculty who are ex-Obama appointees who were aware of and endorsed the witch hunt against us and benefited from our losses being elevated and picked up by the Biden administration. Prime examples include Barbara McQuade, faculty at the University of Michigan Law School and Betsey Stevenson who acquired our illegitimately foreclosed 2 million dollar home at a bargain price and went along with her partner Justin Wolfers to threaten us when we asked some basic paperwork questions from them. Justin Wolfers is apparently an acquaintance and supporter of Julian Assange and that Wolfers and Stevenson are "non-married life long partners who are not getting married for tax purposes."

We are by no means attorneys, prosecutors or investigators. We are however two physicians who have had rigorous training and plenty of experience in rational thought. It appears that Cronin who remains a mysterious character, given that he was essentially pretending to be a physician for over 15 years under the umbrella of the University of Michigan "staged" a misinformation campaign surrounding the 2016 election with apparently the help of Jim Comey and given what happened the blessings and endorsement of the University and State of Michigan including law enforcement and its Democrat leadership. Even Rick Snyder who was the Republican governor of Michigan in 2016-2018 has come out to openly endorse Biden which raises significant questions and supports the entire scheme. We wrote to Bob Mueller repeatedly about this and asked to talk to someone and were ignored.

We are asking you to get to the bottom of this witch-hunt and asking for your protection of our employment and our family. We have faced incredible constitutional rights violations and attacks through false allegations. We are attaching a letter we also recently wrote to Senators Ernst and Grassley and McConnell as well as President Trump for further reference.

Sincerely,

Bradley Foerster, MD PhD & Myria Petrou, MA MBChB MS
Bradfoerster05@gmail.com, petroumyria75@gmail.com
1 University Way, #114
Iowa City, IA 52246

Cc: Senator Lindsay Graham, Senator Ron Johnson, Assistant Attorney General Boyd

# Exhibit E

Attorney General Merrick Garland
FBI Director Christopher Wray...

7/1/23, 10:23 AM

Attorney General Merrick Garland          FBI Director Christopher Wray
950 Pennsylvania Avenue, NW               935 Pennsylvania Avenue, NW
Washington, DC 20530                      Washington, DC 20535

July 1, 2023

**Re: Litigated FOIA Appeal Fed Case No. 1:23-cv-01871 & Paul Patrick Cronin**

Dear AG Garland and Director Wray,

First, Happy 4th of July as celebrate our independence and the casting off the chains of tyranny.

I was shocked to discover that the FBI has a 514 page file on myself given that I have been a board-certified physician for over 20 years with no criminal record, not to mention the son of Lutheran minister who put himself through engineering school and medical school at the University of Michigan with honors. I have been the extensive victim of malignant and selective prosecution by law enforcement in the State of Michigan which forced me out of the state. This occurred directly under the watch of FBI Special Agent Sue Lucas who turned a blind eye to the clear misconduct and civil rights violations by the Ann Arbor police against myself and my family including my two minor children.

I have been forced to filed a litigated appeal (**attached**) for my FBI file and am approaching you to ask that it be released to conserve the Court's resources.

I am also asking you if I and my family were/are targeted (perhaps creating a 514 page FBI file on myself?) as a result of Paul Patrick Cronin's statements to myself, my wife Dr. Myria Petrou, and Duaa Altaee in August 2016 regarding Russian interference in the 2016 U.S. Presidential election? Were Paul Cronin's comments somehow "flipped" on us in exchange for some sort of benefit bestowed on Cronin and Company by the FBI/federal government in a bad version of the *Blacklist*?

I have a recording of Paul Cronin in which he claims to be the son of Adolf Hitler and that Reed Dunnick and Eva Feldman are his siblings.

Paul Cronin did say in 2016 that he and his wife Aine Kelly were in "big trouble" with the IRS over property assets not only in the United States but overseas. Given everything that ensued, we are concerned that a fabricated crime against us was concocted and propagated in "exchange" for immunity for the IRS "trouble" at the expense of us and our children, who have suffered incredible damages which are ongoing. What is even more concerning is that nobody is willing not only to settle but to address all the violations which could be explained by a continued vested interest in maintaining such an "exchange" agreement for the financial benefit of powerful parties.

BПF
7/1/23

Page 1 of 2

Attorney General Merrick Garland
FBI Director Christopher Wray...

7/1/23, 10:23 AM

It also appears there is a family connection given that my brother Stephen Foerster has acted malignantly against my family and his step-daughter is a FBI agent. Paul Cronin also said that he and Aine Kelly had financial dealings with regards to property assets with Myria's mother Maria Petrou, now residing in Cyprus. Maria Petrou has denied having any financial or other dealings with Paul Cronin or Aine Kelly at any point.

I asked Paul if he was/is a confidential informant for the FBI (**attached**) but he did not answer despite afterwards acknowledging a check I sent him under duress for $10,300.

Do you agree with how the FBI has treated myself and my family? Is it OK with you that we are some sort of "collateral damage" from the FBI/federal governments actions/inaction?

I look forward to receding a copy of my 514 page FBI file and your reply.

Sincerely,

Bradley Foerster, MD PhD
14823 Wootton Manor Court
Rockville, MD 20850
bradfoerster05@gmail.com

**Attachments:** FOIA Appeal Fed Case No. 1:23-cv-01871, June 28, 2023 Email to Paul Cronin

Cc: Special Counsel Jack Smith, 950 Pennsylvania Avenue NW, Room B-206, Washington, D.C. 20530

# Exhibit F

Special Counsel Jack Smith
Department of Justice
950 Pennsylvania Avenue NW, Room B-206
Washington, D.C. 20530

August 2, 2023

SENT VIA U.S. EXPRESS MAIL

**Re: Presidential Election Interference, Paul Cronin and 630 Geddes Ridge, Ann
Arbor, Michigan**

Dear Special Counsel Jack Smith,

We are writing to you with regards to Donald Trump and Paul Patrick Cronin.

In August 2016, Paul Cronin informed us of a Russia Scheme to interfere in the 2016 U.S.
President Election with many of his statements mirroring what was in the Steele Dossier
months before the dossier became public knowledge (2018 Foerster affidavit attached).

Following, simply put our lives became hell and we were attacked by numerous parties
(making the same false allegations) who on paper should be unaffiliated.  This resulted in
numerous criminal investigations for civil matters, search warrants freezing bank account
without a probable cause file, judges violating court procedures and ignoring statutes,
the University of Michigan forcing us out of our jobs (despite Brad being tenured in 2016
and Myria approved for tenure in 2018) and finally forced out of the State of Michigan.

As a result in September 2018, Brad filed a federal lawsuit against Cronin (Fed Court
Complaint No. 2:18-cv-07672) alleging that Cronin fabricated the Russian/Trump story in
a scheme to defraud us of our new $1.5M house, 630 Geddes Ridge.  Cronin never
answered this allegation (Complaint page 27, Cronin answer page 23) of defrauding us of
our house.  After Brad dropped the lawsuit as an act of good faith, Cronin promised to
come forward as a witness and speak the truth but never did.

As time goes on and we obtain more information, it has become increasingly apparent
that Cronin concocted the 2016 election story to cover-up an undisclosed purchase of
630 Geddes Ridge by a third party which happened without our knowledge.  Bizarre we
know but we are simply reporting events and evidence that has transpired over time.
Here are few salient facts (documentation can be provided upon request):

- In early 2016, the Bank of Ann Arbor refused further payments against the
  construction loan for the new house, sending the house into foreclosure and
  destroying our credit (the bank refuses to explain why it refused payments).
- In Spring 2017, local prosecutor Tom Kent told the local judge that criminal charges
  were imminent (Myria email attached).  Shortly thereafter, University of Michigan
  hired Tom Kent with a significant pay raise.
- In February 2018, after we lost the house, the local prosecutor dismissed the

criminal charges saying the matter was clearly civil.
- In August 2018, Bank of Ann Arbor executed a foreclosure sale on our properties despite not having first lien position. Following, the Bank of Ann Arbor never released its mortgage on the property which had the first lien position (1745 Brian Court which was used as collateral).
- In October 2018, the Bank of Ann Arbor attorney defended Paul Cronin to the local judge.
- In January 2021, city attorney Ariana Slay (now circuit court judge) told the local judge that the police in Ann Arbor do not need a probable cause file for search warrants as "we do things differently."
- The FBI has refused to release Paul (Patrick) Cronin's FBI office address citing invasion of privacy concerns.
- To date, the Bank of Ann Arbor (and other involved parties) will not answer whether or not Paul Cronin bought 630 Geddes Ridge.
- To date, Paul Cronin will not answer whether or not he bought 630 Geddes Ridge.
- To date, no party has been willing to place Paul Cronin on the public record with regards to the above and numerous other criminal activities Cronin reported to us.

In addition, when we report concerns in good faith, we in the end get investigated for the very concerns we report. For example, after Brad reported to the University of Michigan that Brad's Co-Principal Investigator did not document any work (as confirmed in final report on file with the NIH) on an ALS NIH R01 grant, the University of Michigan claimed (and spent $800K on outside attorneys to do so) that Brad was the person who did not meet his responsibilities under the grant!

Given this and that we have faced numerous false criminal allegations (including hidden law enforcement investigations only obtained via the FOIA) and false witnesses, we have to ask if one of the false allegations we have faced/are facing is that we were somehow involved in a scheme to tamper with the 2016 U.S. Presidential Election? Is this why there is a 514-page FBI file for Brad that the FBI does not want to release for which Brad has had to file a litigated FOIA appeal (Fed Case No. 1:23-cv-01871)? This would be at odds with all the investigations/reports regarding the 2016 election and at odds with your public statements that there was no fraud in the 2020 Presidential election. If anyone would know/have access to this information it would be you.

We look forward to hearing from you and clearing this matter up,

Bradley Foerster, MD PhD & Myria Petrou, MA MBChB MS
14823 Wootton Manor Court
Rockville, MD 20850
bradfoerster05@gmail.com, petroumyria75@gmail.com

**Enclosures:** Foerster 2018 Affidavit, Foerster page 27 Fed Court Complaint No. 2:18-cv-07672, Cronin Fed Answer page 23, Petrou August 2, 2023 Email to Tom Kent

Cc: Attorney General Merrick Garland, 950 Pennsylvania Avenue, NW Washington D.C. 20530; FBI Director Christopher Wray 935 Pennsylvania Avenue, NW 20353

# Exhibit G

Christopher Steele
Orbis Business Intelligence

October 10, 2024

**Re: Trump, Putin, Paul Cronin and *Unredacted***

Dear Mr. Steele,

I am writing you not only as a fellow ex-debater (State of Michigan High School Champion '87) and subject of the Crown but most importantly someone who shares your commitment to the truth and democracy as you spell out in *Unredacted*. My family also shares a Cyprus and Cambridge background (my wife Myria Petrou grew up in Nicosia - parents were high school teachers - and Myria studied medicine at Cambridge).

After reading your book, I wanted to share a parallel although different story with you.

In September and October 2016, a former colleague of mine, Dr. Paul Cronin at the University of Michigan, had numerous conversations with myself and my friend Duaa Altaee about a Russian scheme to subvert the U.S. Presidential election in Donald Trump's favor. Cronin told us that Putin had sex tapes on Trump which would be exploited as Kompromat. Cronin and his wife Aine Kelly (both who hail from Ireland and went to Trinity College Dublin) also told us at the time that they were not trained as physicians. Paul told us this provided near perfect cover as a spy. Cronin also said that he was a friend of James Comey. Of course this all sounded fantastical at the time but then Paul went further telling Duaa and I that there would be a direct hack on the election to which I told him that was nonsense but Paul insisted it was true.

Perhaps the most incredible thing that Paul told us at the time is that the University of Michigan is a select institution where both U.S. Intelligence and Russian Intelligence cooperate.

But then history caught up and the story of your Dossier came out and now I am reading about the Cody Shearer memo…

Later, Cronin told myself, Myria and Duaa that Myria's mother, Maria Petrou, was a high level Russian spy and money launderer. My mother-in-law of course denied all this but then Maria said that Cronin "is a double-agent who worked for both sides" and that Cronin and Kelly were "untouchable" given their connections. How much of this is true about Cronin, Kelly and my mother-in-law? What I can tell you is that none of them are who they say they are and there is missing medical training paperwork for Kelly and Cronin some documentation of which I am attaching. Cronin and Kelly were promoted out of University of Michigan in 2019 to Emory University.

Following the disclosures from Paul, our lives (included our young kids Peter and Maria) went to hell and the University of Michigan and Ann Arbor (Town & Gown) went on

campaign to discredit and disenfranchise us. We lost our house and were forced out of the State of Michigan (as well as our tenure faculty positions and subsequent jobs), and saddled with $1M in court fees).

We wrote Robert Mueller and Rod Rosenstein two letters about this which the local Ann Arbor Observer obtained for which we were publicly ridiculed. As you would expect based on your book, we never heard back from Mueller or Rosenstein.

In Summer 2017 and Winter 2018, Myria and I visited FBI offices in Boston and Detroit and told them about Cronin. We were then shuttled to the Ann Arbor FBI office where a FBI agent and another federal agent (who no one can find) used intimidation tactics to shut everything down.

In September 2018, I sued Cronin in federal court for making us targets by disclosing the above information to us. Cronin promised to come forward as a witness and I dismissed the lawsuit as an act of good faith. Cronin never did come forward as a witness.

We now live in Maryland just outside D.C. and have managed to rebuild our lives despite constant interference by outside parties. Of course there is more to share but wanted to keep this concise - would be happy to discuss in more detail.

Sincerely,

Bradley Foerster, MD PhD
9337 Copenhaver Drive
Potomac, MD 20854
bradfoerster05@gmail.com
(612) 354-0408

Attachments: Foerster affidavit about Cronin, Foerster and Petrou Affidavits about FBI, Ireland Medical Council FOI Replies for Cronin and Kelly

p.s. There is a mis-statement in my affidavit about my citizenship status. The U.K. denied me a passport claiming that I had to document how I exited the U.K. at the age of 5. I recently obtained my U.K. passport (establishing citizenship) after I told the U.K. that I as far as I knew my father did not work for the U.S. foreign service (he was a Lutheran mission pastor in Kent from 1968-1975).

# Exhibit H

 **Gmail**                                                Bradley Foerster, MD PhD <bradfoerster05@gmail.com>

## Intersection of Russia-Gate and Town & Gown

**Bradley, Foerster MD PhD** <bradfoerster05@gmail.com>                              Sat, Sep 13, 2025 at 3:56 PM
To: "Girard, Brent (Van Hollen)" <brent_girard@vanhollen.senate.gov>, Raskin.Casework@mail.house.gov, "Fuentes, Erica"
<erica.fuentes@mail.house.gov>, cara.camacho@mail.house.gov, caitlyn_stephenson@peters.senate.gov,
jennifer_heins@grassley.senate.gov, schiff_california@schiff.senate.gov, joel_kelsey@blumenthal.senate.gov,
whitmerg@michigan.gov, nesseld@michigan.gov, Michigan Attorney General <miag@michigan.gov>,
governorsoffice@michigan.gov
Cc: Myria Petrou <petroumyria75@gmail.com>, paul cronin <paulcronin45@hotmail.com>, ellakaz@umich.edu, "Dunnick,
Nicholas (N Reed)" <rdunnick@med.umich.edu>, carol.bradford@osumc.edu, fagan.harris2@maryland.gov,
presoff@umich.edu, Timothy Lynch <timlynch@umich.edu>, andrew.weissmann@nyu.edu,
thomas.wang@utsouthwestern.edu

https://hailtothevictims.blogspot.com/2025/09/intersection-of-russia-gate-and-town.html

Not all books start and stop at the ends of their covers.

People who have read my book find it not only disturbing based on the damages cause to me and my family but also
disturbing based on that is it both inexplicable and should be impossible in a modern democracy.

Given the numbers of different institutions and different people that were involved (across many states), a number of
experts have told me the only plausible explanation is that this is politically motivated.

This dove-tails with the Russia-Gate story arguably the most politically contentious and charged story in recent times.

As documented in this blog, Paul Cronin told me, my wife Dr. Myria Petrou and Duaa Altaee at the end of July-
September 2016 of a Russian scheme to decide the 2016 U.S. President Election in Trump's favor.  In addition, Paul told
us he was friends with then FBI Director James Comey and met with Comey.  Paul's statements to us were eerily
prescient of the Steele Dossier (e.g. Paul told us Putin had Kopromat on Trump, sex tape, etc.).

The Crossfire Hurricane investigation started the end of July 2016 coinciding with Paul's disclosures to us.

Following, we wrote Special Counsel Robert Mueller and Deputy AG Rod Rosenstein about what Paul told us but never
heard back. Mueller investigated other lesser issues/witnesses including a woman from Ohio because in 2016 she
renamed her Twitter account @Guccifer2, after the character credited with hacking and leaking Democratic emails.

In early 2018, Myria and I reported what Cronin told us to the FBI regarding Russia and the presidential election.  Per
Cronin's wife Aine Kelly, Cronin's boss Dr. Ella Kazerooni escorted Cronin to be interviewed by the FBI in Chair Dr. Reed
Dunnick's office.

In September 2018 I sued Cronin in federal court (Case 2:18-cv-07672) for his Russia-Gate narrative as it made us
targets.  As part of the case, I executed an affidavit swearing to the above.  Cronin never countered the affidavit.  Cronin
promised to come forward as a witness regarding his Russian statements and I dismissed the case. Cronin never
followed through on his promise. Cronin did say the FBI inquired about the two alleged "counterfeit" orange cats.

In November 2018, I informed the University of Michigan including Dean Carol Bradford and President Schlissel of what
Cronin told me.  The University of Michigan (including Bradford and Schlissel) doubled-down on their attempt to fire me
including spending nearly $1M on outside attorneys to brand me as "non-credible" on the public record.

The Ann Arbor Observer also went to extreme lengths to publish four defamatory stories on us which are still online
(despite the editor being unable to tell a federal judge how the articles serve the public interest) which among other
things attacks us for writing Mueller and Rosenstein about Russia-Gate.

We contacted Special Counsel John Durham about the above but never heard back. Once again, Durham chased other
lesser issues/witnesses.

In Fall of 2024, I wrote Christopher Steele and told him what Cronin had told me and asked him if he knew Cronin.  No
reply received.

In 2022 I filed a FOIA request for my own FBI file and was told by the FBI that were 500 pages in my file (?!) and with no release date offered. When I wrote President Biden, Biden said my file would be released in 2028! Senator Van Hollen has been unable to get my FBI file released. Given that Cronin's narrative to me is the most "interesting" part of my life that could generate 500 pages for a suppressed federal investigation is my FBI file that I apparently cannot get until 2028 about Russia-Gate?

We have informed our various federal legislators about what Cronin told us without reply. The legislators include Congressman Adam Schiff, (then) Senator Kamala Harris, Representative Himes, Senator Blumenthal, Senator Gary Peters, Senator Charles Grassley, Representative Jamie Raskin, Senator Chris Van Hollen. No one replied.

We had also informed various members of the executive branch including (then) AG Merritt Garland, Vice-President Harris, President Biden, Vice-President Vance and President Trump as well as Governor Whitmer and AG Nessel. The only person who replied was President Trump who replied to Myria and said that we "are a powerful reminder of the strength, resilience and spirit of the American people and it is because of proud, hardworking citizens like us that he will never stop fighting to protect our values, defend our freedoms and put America first" and sends his best wishes to our family.


— Bradley Foerster, MD PhD

# Exhibit I

6/22/23, 7:51 AM                    Gmail - Foia request for Bradley Foerster

 Gmail                      **Bradley Foerster, MD PhD <bradfoerster05@gmail.com>**

---

## Foia request for Bradley Foerster

**Bradley, Foerster MD PhD** <bradfoerster05@gmail.com>          Sun, Jan 29, 2023 at 11:45 AM
To: MRUFOIA Requests <MRUFOIA.Requests@usdoj.gov>
Cc: "&quot;Brfoerster@Yahoo.Com&quot;,.I" <brfoerster@yahoo.com>

January 29, 2023

Dear FBI/DOJ,

Under FOIA, I am requesting my FBI file including but not limited to any complaints, investigation, and reports concerning myself.

Please use this email address for any questions and for transmission of the requested documentation. I am attaching my signed certification of identity form.

Thank you,

Bradley Foerster, MD PhD (DOB 3/28/1970)
14823 Wootton Manor Court
Rockville, MD 20750
Bradfoerster05@gmail.com
(612) 354-0408



📄 **1-29-23 doj361_form - foerster.pdf**
198K

# Exhibit J



**U.S. Department of Justice**

_Washington, D.C. 20530_

January 31, 2023

Bradley Foerster
14823 Wootton Manor Court Drive
Rockville MD   20850

Dear Sir/Madam:

This is in response to your request for records, Tracking Number, EMRUFOIA012923-1.  Your Freedom of Information Act and/or Privacy Act (FOIA/PA) request was received by this office which serves as the receipt and referral unit for FOIA/PA requests addressed to the Department of Justice (DOJ).   Federal agencies are required to respond to a FOIA request within 20 business days.   This period does not begin until the request is actually received by the component within the DOJ that maintains the records sought, or ten business days after the request is received in this office, whichever is earlier.

We have referred your request to the DOJ component(s) you have designated or, based on descriptive information you have provided, to the component(s) most likely to have the records. All future inquiries concerning the status of your request should be addressed to the office(s) listed below:

> FOIA/PA
> Federal Bureau of Investigation
> Department of Justice
> 170 Marcel Drive
> Winchester, VA   22602
> (540) 868-4500

Sincerely,

MRUFOIA
Logistics Management
Facilities and Administrative Services Staff
Justice Management Division

# Exhibit K

Appeal – MP FOIA 2.2.7                                                                 3/21/23, 4:39 PM

👤 My Account    ↪ Sign Out    ❓ Help

**HOME**    **TRACKING INBOX**

Tracking Inbox  »  Appeal



## A-2023-00940
**Requester:** Foerster, Bradley

Status: Submitted

**Appeal**

### Appeal Information

| | | | |
|---|---|---|---|
| Received Date | 03/21/2023 | Agency | OIP |
| | | Document Delivery Method | Email |

### Request Information

| | |
|---|---|
| Request Number | 1580912-000 |
| Component | FBI |
| Subject of Request | FOIPA Appeal |

### Basis for Appeal

Description of Appeal

March 21, 2023

Re: FOIPA Request Appeal 1580912-000

Dear Director of the Office of Information Policy,

I am writing to appeal your lack of response to my FOIPA Request 1580912-000 from January 29, 2022 in which under the FOIA I requested: "my FBI my FBI file including but not limited to any complaints, investigation, and reports concerning myself."

This is an appeal as it has been over twenty days and I have to receive a reply.

I look forward to hearing from you regarding this appeal of FOIPA Request 1580912-000 and the prompt release of my FBI file.

Sincerely,

Bradley Foerster, MD PhD
14823 Wootton Manor Court
Rockville, MD 20850
(612) 354-0408
Bradfoerster05@gmail.com

| | |
|---|---|
| Based on Denial of Fee Waiver | No |
| Based on Denial of Expedited Processing | No |
| Requester Item Type 1 | Certification of Identity |
| Requester Items 1 | 📎 1-29-23 doj361_form - foerster.pdf |
| Requester Item Type 2 | |
| Requester Items 2 | |
| Requester Item Type 3 | |
| Requester Items 3 | |

### Requester Contact Information

3/21/23, 4:39 PM

| | | | |
|---|---|---|---|
| Salutation | Dr. | Address Type | Home |
| First Name | Bradley | Country | United States |
| Middle Name | | Address Line 1 | 14823 Wootton M: |
| Last Name | Foerster | Address Line 2 | |
| Email Address | bradfoerster05@gmail.com | City | Rockville |
| Organization | | State | Maryland |
| Register Number | | Zip/Postal Code | 20850 |
| Phone Number | 612-354-0408 | | |
| Fax Number | | | |
| Other Information | | | |

**Expedited Processing Information**

| | |
|---|---|
| Expedited Processing Requested? | No |

# Exhibit L



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

Bradley Foerster                                   April 7, 2023
14823 Wootton Manor Court          Re:   Appeal No. A-2023-00939
Rockville, MD  20850                            Request No. 1580912-000
bradfoerster05@gmail.com                    MWH: EH

**VIA: Online Portal**

Dear Bradley Foerster:

      You attempted to appeal from the failure of the Federal Bureau of Investigation  to respond to your Freedom of Information Act request for access to records concerning yourself.

      Department of Justice regulations provide for an administrative appeal to the Office of Information Policy only after there has been an adverse determination by a component.  See 28 C.F.R. § 16.8(a) (2021).  As no adverse determination has yet been made by the FBI, there is no action for this Office to consider on appeal.

      As you may know, the FOIA authorizes requesters to file a lawsuit when an agency takes longer than the statutory time period to respond.  See 5 U.S.C. § 552(a)(6)(C)(i). However, I can assure you that this Office has contacted the FBI and has been advised that your request is being processed.  If you are dissatisfied with the FBIs final response, you may appeal again to this Office.

      This Office has forwarded a copy of your letter to the FBI.  You should contact the FBI's Requester Service Center at (540) 868-1535 for further updates regarding the status of your request.

      If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal.  Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

Sincerely,

*Matthew W. Hurd*

X _____

Matthew W. Hurd,
Chief, Administrative Appeals Staff

# Exhibit M

**U.S. Department of Justice**

_____

**Federal Bureau of Investigation**

_____

*Washington, D.C. 20535*

**May 16, 2023**

BRADLEY ROGER FOERSTER
14823 WOOTTON MANOR COURT
ROCKVILLE, MD 20750

FOIPA Request No.: 1580912-000
Subject: FOERSTER, BRADLEY ROGER

Dear Bradley Foerster:

This is in reference to your Freedom of Information/Privacy Acts (FOIPA) request.   Please see the selected paragraphs below for relevant information specific to your request as well as the enclosed FBI FOIPA Addendum for standard responses applicable to all requests.

The Federal Bureau of Investigation (FBI) has located approximately 514 pages of records subject to the FOIPA that are potentially responsive to the subject of your request. By DOJ regulation, the FBI notifies requesters when anticipated fees exceed $25.00. Please be advised that you are entitled to the first 100 pages free of charge. If the release is made on a Compact Disc (CD) or through the FBI's eFOIPA system, you will receive the cost equivalent ($5.00) as a credit. Duplication for paper releases are five cents per page. See 28 CFR §16.10 and 16.49.

Based upon the FBI's standard release practices and/or release format preferences indicated within your request letter, material responsive to your request will be provided to you through:

- ☐ The eFOIPA system

- ☑ CD release(s)

- ☐ Paper release(s)

Please reference the information below that may be specific to your request. Only checked boxes contain information relevant to your request.

- ☑ Approximately 514 pages of potentially responsive documents were located.

  - ☐ If all potentially responsive pages are released in paper, you will owe $_____

  - ☑ There will be no cost for CD releases.

  - ☐ If all potentially responsive pages are released on CD, you will owe $_____ in duplication fees (____ CDs at $15.00 each, less $5.00 credit for the first CD). Each release contains approximately 500 reviewed pages. The 500 page estimate is based on our business practice of processing complex cases in interim monthly releases.

- ☑ Approximately 514 pages of potentially responsive documents and potentially responsive audio files were located.

  - ☑ If you choose to only receive documents, there will be no cost for paper releases.

  - ☐ If you choose to only receive documents, you will owe _____ for paper releases.

- ☐ It is estimated that you will owe $_____ in international shipping fees.

The estimated total cost for processing your request is **$40.00 for CD/eFOIPA release(s) or $35.70 for paper/media release(s).**

Please remember this is only an estimate, some of the information may be withheld in full pursuant to FOIA/Privacy Act exemptions. Also, some information may not be responsive to your subject. Thus, the actual charges could be less.

---

### Requester Response

**No payment is required at this time.** If you wish to change the requested format of your release(s), you must notify us in writing within thirty (30) days from the date of this letter. If your request is eligible and consistent with the FBI eFOIPA terms of service, it will automatically be selected as your preferred format.

I am requesting my release format be changed to the following:

☐   CD format

☐   Paper format

You must also indicate your preference regarding the estimated duplication fees from the following four (4) options:

☐   I am willing to pay estimated duplication/ international shipping fees up to the amount specified in this letter.

☐   I am willing to pay fees of a different amount.

   **Please specify amount:** _____

☐   Provide me 100 pages or the cost equivalent ($5.00) free of charge. If applicable, I am willing to pay international shipping fees.

☐   Cancel my request.

If we do not receive your duplication format decision and/or estimated duplication fee selection within thirty (30) days of the date of this notification, your request will be closed. Include the FOIPA Request Number listed above in any communication regarding this matter.

---

You have the opportunity to reduce the scope of your request; this will accelerate the process and could potentially place your request in a quicker processing queue. This may also reduce search and duplication costs and allow for a more timely receipt of your information. The FBI uses a multi-queue processing system to fairly assign and process new requests. Simple request queue cases (50 pages or less) usually require the least time to process.

Please refer to the enclosed FBI FOIPA Addendum for additional standard responses applicable to your request. **"Part 2"** includes standard responses that apply to all requests. **"Part 1"** of the Addendum includes additional standard responses that apply to all requests for records about yourself or any third party individuals. Also enclosed is our Explanation **"Part 3"** includes general information about FBI records that you may find useful. Also enclosed is our Explanation of Exemptions.

Please advise in writing if you would like to discuss reducing the scope of your request and your willingness to pay the estimated costs indicated above. Provide a telephone number, if one is available, where you can be reached between 8:00 a.m. and 5:00 p.m., Eastern Standard Time. Mail your response to: **Initial Processing Operations Unit; Record/Information Dissemination Section; Information Management Division; Federal Bureau of Investigation; 200 Constitution Drive; Winchester, VA 22602.** You may also email your response to foipaquestions@fbi.gov.

If you are not satisfied with the Federal Bureau of Investigation's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by emailing the FBI's FOIA Public Liaison at foipaquestions@fbi.gov. The subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified. You may also contact the Office of Government Information Services (OGIS). The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Additional information about the FOIPA can be found at www.fbi.gov/foia. Should you have questions regarding your request, please feel free to contact foipaquestions@fbi.gov. Please reference the FOIPA Request number listed above in all correspondence concerning your request.

Sincerely,

Joseph E. Bender, Jr.
Acting Section Chief
Record/Information Dissemination Section
Information Management Division

Enclosures

# Exhibit N

An official website of the United States government
**Here's how you know**

**SBA Borrowers:** View loan information or make a payment at the new MySBA site

Dismiss

MENU

For your security, we recommend you close your browser when you complete your payment.

# Payment Confirmation - FBI Freedom of Information Act and Privacy Act Payment Form

✓ Before You Begin

✓ Complete Agency Form

✓ Enter Payment Info

✓ Review & Submit

5 **Confirmation**

## Your payment is complete

You will not be able to access this receipt once you leave this page. A confirmation email has been sent to bradfoerster05@gmail.com.

### Because you are not signed in:

This payment will not show in your payment activity. You can sign in or create an account now and Pay.gov will have a record of your payment.

### To confirm your payment went through:

Contact the federal government agency you paid. Pay.gov is unable to cancel this transaction.

**We value your feedback!**

Let us know how we did. Complete our short two minute survey.

## Tracking Information

Pay.gov Tracking ID: 275K0NB4

Agency Tracking ID: 76424528499

Form Name: FBI Freedom of Information Act and Privacy Act Payment Form

Application Name: FBI FOIA

## Payment Information

Payment Type: Debit or credit card

Payment Amount: $40.00

Transaction Date: 05/20/2023 11:04:24 AM EDT

Payment Date: 05/20/2023

FOI/PA Numbers : 1580912-

## Account Information

Cardholder Name: Bradley Foerster

Card Type: Master Card

Card Number: ************8237

# Register today!

Create an Account      or      Sign In

*Please consider creating a Pay.gov account. With a Pay.gov account you can manage payments and view history.*

### Need Help?

**Contact:**
Leanna Ramsey

Pay.gov – FBI Freedom of Information Act and Privacy Act Payment Form

**Email:**
[Click to email](Click to email)

**Phone:**
(540) 868-4593

[Return to top](Return to top)

**Accessibility Policy**          **Privacy and Security Policy**          **Notices and Agreements**

**For Agencies**          *

 **Pay.gov**          **Pay.gov Support**
Pay.gov is a program of the U.S. Department of
the Treasury, Bureau of the Fiscal Service

WARNING WARNING WARNING

You have accessed a U.S. Government information system, which includes (1) this computer, (2) this network, (3) all computers connected to this network, and (4) all devices and storage media attached to this network or to a computer on this network. U.S. Government information systems are provided for the processing of official U.S. Government information only. Unauthorized or improper use of this information system is prohibited and may subject you to disciplinary action, as well as civil and criminal penalties. All data contained on U.S. Government information systems is owned by the U.S. Government and may, for the purpose of protecting the rights and property of the U.S. Government, be monitored, intercepted, recorded, read, searched, copied, or captured in any manner and disclosed or used for any lawful government purpose at any time. THERE IS NO RIGHT TO PRIVACY IN THIS SYSTEM. System personnel may give to law enforcement officials any potential evidence of crime found on U.S. Government information systems. USE OF THIS SYSTEM BY ANY USER, AUTHORIZED OR UNAUTHORIZED, CONSTITUTES YOUR UNDERSTANDING AND CONSENT TO THIS MONITORING, INTERCEPTION, RECORDING, READING, COPYING, OR CAPTURING AND DISCLOSURE.

Note: This system may contain Sensitive But Unclassified (SBU) data that requires specific data privacy handling.

# Exhibit O

THE WHITE HOUSE



CITY*

Rockville

STATE*

Maryland

ZIP/POSTAL CODE*

20850

WHAT WOULD YOU LIKE TO SAY?*

Dear President Biden,

I am contacting your office to request assistance in the release of my FBI
file. My file per the FBI includes 514 pages which is remarkable
considering that I have been a board-certified physician for over 20
years with no malpractice or criminal record. I current work for
Community Radiology Associates with stellar reviews from my boss Dr.
Al Porumbo, West Point Alum.

Thank you for your assistance,
Bradley Foerster, MD PhD
14825 Madison Manor Court
Rockville, MD 20850
(812) 354-0480

☑ KEEP ME POSTED WITH REGULAR UPDATES FROM THE WHITE HOUSE

Send

Stay Connected

EMAIL ADDRESS*                    ZIP CODE

example@example.com              ZIP CODE

Sign Up

THE
WHITE
HOUSE

6/22/23, 7:25 AM                                    Gmail - Re: Contact the President

 Gmail                                    **Bradley Foerster, MD PhD <bradfoerster05@gmail.com>**

---

## Re: Contact the President

**The White House** <noreply@contact.whitehouse.gov>                Tue, Jun 20, 2023 at 6:43 PM
To: bradfoerster05@gmail.com



**THE WHITE HOUSE**
WASHINGTON

June 20, 2023

Thank you for contacting the Biden-Harris Administration.

President Biden and Vice President Harris value every opportunity to engage with the American people, and the Administration is grateful for your outreach. Our country faces many challenges, and messages like yours help us better understand how the Biden-Harris Administration can serve American families.

We take careful note of the suggestions, thoughts, questions, and stories we receive, and we're working hard to ensure you receive an appropriate response.

Sincerely,

The Office of Presidential Correspondence

*If you wish to receive regular email updates from the White House, please click here. You may also follow President Biden and the White House on Facebook, Instagram, Twitter, and YouTube.*

6/22/23, 7:25 AM                                    Gmail - Re: Contact the President

White House Website | Privacy Policy | Contact the White House

# Exhibit P

Case 1:25-cv-03277-CJN    Document 1-1    Filed 09/18/25    Page 46 of 59

9/17/25, 9:47 AM                    Gmail - Foia Appeal for Ann Arbor Police DVD Referenced in your prior FOIA Reply #25-0168 - signed copy attached

 Gmail                                              **Bradley Foerster, MD PhD <bradfoerster05@gmail.com>**

## Foia Appeal for Ann Arbor Police DVD Referenced in your prior FOIA Reply #25-0168 - signed copy attached

**Frierson, Naki (Van Hollen)** <Naki_Frierson@vanhollen.senate.gov>          Mon, Sep 15, 2025 at 12:48 PM
To: "Bradley, Foerster MD PhD" <bradfoerster05@gmail.com>
Cc: "petroumyria75@gmail.com" <petroumyria75@gmail.com>

They are still referencing the September 2028 timeline.

**From:** Bradley, Foerster MD PhD <bradfoerster05@gmail.com>
**Sent:** Monday, September 15, 2025 1:48 PM
**To:** Frierson, Naki (Van Hollen) <Naki_Frierson@vanhollen.senate.gov>
**Cc:** petroumyria75@gmail.com
**Subject:** Re: Foia Appeal for Ann Arbor Police DVD Referenced in your prior FOIA Reply #25-0168 - signed copy attached

Thanks Naki, the foia scope is very narrow - I'm only asking for the AAPD DVD and should have been released as part of the initial Foia request that I waited over a year to receive (with your help). Did they say how long it will take? Thanks, Brad

On Mon, Sep 15, 2025 at 1:13 PM Frierson, Naki (Van Hollen) <Naki_Frierson@vanhollen.senate.gov> wrote:

Dr. Foerster,

Thank you for getting back to me. My apologies for the delay in responding to you.

It appears that the reason for the lengthy processing time, according to the agency, is the breadth of the scope of your request. Have you considered narrowing the scope to see if it might shorten the processing time?

*Naki D. Frierson*

(she/her)

**Deputy Constituent Services Director**

**Office of U.S. Senator Chris Van Hollen**

Case 1:25-cv-03277-CJN    Document 1-1    Filed 09/18/25    Page 47 of 59

9/17/25, 9:47 AM                    Gmail - Foia Appeal for Ann Arbor Police DVD Referenced in your prior FOIA Reply #25-0168 - signed copy attached

111 Rockville Pike, Ste. 960

Rockville, MD 20850

Office: (301) 545-1500

Fax: (301) 545-1512



**From:** Bradley, Foerster MD PhD <bradfoerster05@gmail.com>
**Sent:** Thursday, August 28, 2025 9:41 AM
**To:** Frierson, Naki (Van Hollen) <Naki_Frierson@vanhollen.senate.gov>
**Cc:** petroumyria75@gmail.com
**Subject:** Re: Foia Appeal for Ann Arbor Police DVD Referenced in your prior FOIA Reply #25-0168 - signed copy attached

Hi Naki,

I received a follow-up communication (under the new Trump administration) saying that my initial FOIA is being processed and that it would be completed in the near future so thats why I wanted you to follow up.  Thanks, Brad

On Thu, Aug 28, 2025 at 7:36 AM Frierson, Naki (Van Hollen) <Naki_Frierson@vanhollen.senate.gov> wrote:

Good morning,

Before submitting the inquiry to the FBI, I wanted to ask whether you complied with the agency's request that you narrow the scope of your request as stipulated in the attached correspondence to my former colleague Langston Lee.  It also indicates that a response isn't expected until September 2028.

Have you received any correspondence indicating this completion date?

# Please advise.

**Naki D. Frierson**

**(she/her)**

**Deputy Constituent Services Director**

**Office of U.S. Senator Chris Van Hollen**

111 Rockville Pike, Ste. 960

Rockville, MD 20850

Office: (301) 545-1500

**Fax: (301) 545-1512**



---

**From:** Bradley, Foerster MD PhD <bradfoerster05@gmail.com>
**Sent:** Thursday, August 28, 2025 7:02 AM
**To:** Frierson, Naki (Van Hollen) <Naki_Frierson@vanhollen.senate.gov>
**Cc:** petroumyria75@gmail.com
**Subject:** Re: FW: Automatic reply: Foia Appeal for Ann Arbor Police DVD Referenced in your prior FOIA Reply #25-0168 - signed copy attached

Yes Hi Naki,

If you could follow up on the status of the HHS-OIG Foia request for the Ann Arbor DVD as well as following up on my FOIA (several years old now) request for my FBI that would be much appreciated.

Brad Foerster

On Wed, Aug 27, 2025 at 8:30 PM Frierson, Naki (Van Hollen) <Naki_Frierson@vanhollen.senate.gov> wrote:

# Dr. Foerster,

Case 1:25-cv-03277-CJN    Document 1-1    Filed 09/18/25    Page 49 of 59

9/17/25, 9:47 AM                    Gmail - Foia Appeal for Ann Arbor Police DVD Referenced in your prior FOIA Reply #25-0168 - signed copy attached

Thank you for the response. My apologies for the delay in getting back to you.

If at any time you'd like the Senator to follow up on the status of the request, please let me know.

Best,

*Naki D. Frierson*

**(she/her)**

**Deputy Constituent Services Director**

**Office of U.S. Senator Chris Van Hollen**

111 Rockville Pike, Ste. 960

Rockville, MD 20850

Office: (301) **545-1500**

Fax: (301) **545-1512**



---

**From:** Bradley, Foerster MD PhD <bradfoerster05@gmail.com>
**Sent:** Friday, August 1, 2025 3:12 PM
**To:** Frierson, Naki (Van Hollen) <Naki_Frierson@vanhollen.senate.gov>
**Cc:** petroumyria75@gmail.com
**Subject:** Re: FW: Automatic reply: Foia Appeal for Ann Arbor Police DVD Referenced in your prior FOIA Reply #25-0168 - signed copy attached

Hi Naki, thanks for checking in. I have not heard back from the HHS-OIG regarding my Foia request. Thank you, Brad

On Fri, Aug 1, 2025 at 12:09 PM Frierson, Naki (Van Hollen) <Naki_Frierson@vanhollen.senate.gov> wrote:

Dr. Foerster,

9/17/25, 9:47 AM          Gmail - Foia Appeal for Ann Arbor Police DVD Referenced in your prior FOIA Reply #25-0168 - signed copy attached

I hope this finds you well.


I'm checking in to see if you've receive an update from HHS regarding the status of your appeal.


Please advise.


Best,


**Naki D. Frierson**

**(she/her)**

**Deputy Constituent Services Director**

**Office of U.S. Senator Chris Van Hollen**

**111 Rockville Pike, Ste. 960**

**Rockville, MD 20850**

**Office: (301) 545-1500**

**Fax: (301) 545-1512**





**From:** Bradley, Foerster MD PhD <bradfoerster05@gmail.com>
**Sent:** Friday, July 18, 2025 2:27 PM
**To:** Girard, Brent (Van Hollen) <Brent_Girard@vanhollen.senate.gov>; Frierson, Naki (Van Hollen)
<Naki_Frierson@vanhollen.senate.gov>
**Cc:** Myria Petrou <petroumyria75@gmail.com>
**Subject:** Fwd: Automatic reply: Foia Appeal for Ann Arbor Police DVD Referenced in your prior
FOIA Reply #25-0168 - signed copy attached

Case 1:25-cv-03277-CJN    Document 1-1    Filed 09/18/25    Page 51 of 59

9/17/25, 9:47 AM                Gmail - Foia Appeal for Ann Arbor Police DVD Referenced in your prior FOIA Reply #25-0168 - signed copy attached

This is more of the same constructive denial tactics by the HHS-OIG - clearly it does not want to release the AAPD DVD with the AAPD investigation as you know resulting in the loss of house and evicting us from the State of Michigan.

If I don't hear back from the HHS-OIG, I will ask you to follow-up with the HHS-OIG.

Have a good weekend.

Thank you,

Brad Foerster

---------- Forwarded message ---------
From: **Bradley, Foerster MD PhD** <bradfoerster05@gmail.com>
Date: Fri, Jul 18, 2025 at 1:24 PM
Subject: Re: Automatic reply: Foia Appeal for Ann Arbor Police DVD Referenced in your prior FOIA Reply #25-0168 - signed copy attached
To: HHS Chief FOIA Officer (OS/ASPA) <HHS.ACFO@hhs.gov>
Cc: Girard, Brent (Van Hollen) <brent_girard@vanhollen.senate.gov>, Frierson, Naki (Van Hollen) <Naki_Frierson@vanhollen.senate.gov>, <Raskin.Casework@mail.house.gov>, Fuentes, Erica <erica.fuentes@mail.house.gov>, Bradley Foerster, MD PhD <bradfoerster05@gmail.com>

Dear HHS-OIG,

I filed the Foia appeal following the directions on your recent May 1 2025 you sent me (attached). I checked the website you referenced but there is no additional information other than the follow the directions on your May 1 2025 Foia reply which I did.

Once again please process the attached Foia appeal I submitted following your instructions.

Sincerely,

Bradley Foerster

On Fri, Jul 18, 2025 at 8:58 AM HHS Chief FOIA Officer (OS/ASPA) <HHS.ACFO@hhs.gov> wrote:

Thank you for contacting the U.S. Department of Health and Human Services (HHS), Office of the Secretary FOIA program and the Agency Chief FOIA Officer.

We recommend you review the below carefully to ensure you understand how your inquiry will be handled and that you submit it directly to the proper location.

Please note that this email address (**HHS.ACFO@hhs.gov**) does **not accept or process Freedom of Information Act (FOIA) requests or consults from other agencies,** respond to **status inquiries about pending FOIA requests,** or reply to **general, non-FOIA correspondence.**

9/17/25, 9:47 AM                    Gmail - Foia Appeal for Ann Arbor Police DVD Referenced in your prior FOIA Reply #25-0168 - signed copy attached

Case 1:25-cv-03277-CJN    Document 1-1    Filed 09/18/25    Page 52 of 59

We encourage you to review the HHS FOIA regulations and records disclosed on HHS.gov prior to submitting a new request. Requests must be submitted to the offices officially designated in agency regulations to recieve requests to be processed.

To submit a FOIA request to the Office of the Secretary or another HHS FOIA office designated to receive FOIA requests, please visit HHS.gov/FOIA and follow the instructions provided. Requests must be submitted using the official channels listed on that page to be processed.

After reviewing the records disclosed in the HHS FOIA Library, if you wish to submit a FOIA request to the HHS Office of the Secretary, we recommend submitting your FOIA request online via the Public Access Link (PAL).

To check the status on an existing HHS Office of the Secretary FOIA request, please utilize this link first: https://requests.publiclink.hhs.gov/App/Index.aspx

If you need general FOIA assistance or information about your request, whether your request is pending with the Office of the Secretary FOIA Office or another HHS FOIA office, please contact the appropriate **FOIA Requester Service Center** for the office processing the request listed on HHS.gov/FOIA.

After contacting the appropriate FOIA Requester Service Center about your case, should you still have questions or concerns about the agency's FOIA process, you may contact the **FOIA Public Liaison for the HHS Operating Division processing your request.**

A FOIA Public Liaison is a supervisory official to whom FOIA requesters can raise questions or concerns about the agency's FOIA process, and contact information for **HHS FOIA Public Liaions** is listed on the following page: HHS.gov/FOIA/contacts.

If you are a partner agency submitting a request for consultation on an existing FOIA request, or to check the status of a pending consult, please submit your correspondence to FOIARequest@hhs.gov.

This inbox is not monitored for purposes of **reading or responding** to the following categories of messages:

·   Status inquiries about pending FOIA requests, which must be directed to the appropriate FOIA Requester Service Center listed on HHS.gov/FOIA;

·   Spam or unsolicited advertisements;

·   Messages seeking to contact individual HHS officials or other HHS offices;

·   Any other non-FOIA-related correspondence.

If you have general questions about FOIA or wish to review publicly-available data and reports on FOIA, we encourage you to visit the government's central website for FOIA at FOIA.gov.

Thank you for your understanding and for your interest in the Department.

# Exhibit Q

9/17/25, 8:46 AM                                    Gmail - RE: [EXTERNAL EMAIL] - Re: Foipa request 1580912-001

 Gmail                                    **Bradley Foerster, MD PhD <bradfoerster05@gmail.com>**

## RE: [EXTERNAL EMAIL] - Re: Foipa request 1580912-001

**Bradley, Foerster MD PhD** <bradfoerster05@gmail.com>                        Mon, Sep 15, 2025 at 1:41 PM
To: "FBI.FOIPA.NEGOTIATION@FBI.GOV" <fbi.foipa.negotiation@fbi.gov>
Cc: Myria Petrou <petroumyria75@gmail.com>, "Bradley Foerster, MD PhD" <bradfoerster05@gmail.com>, "Frierson, Naki
(Van Hollen)" <Naki_Frierson@vanhollen.senate.gov>

Dear FBI, Senator Van Hollen's office said they contacted you and the release date for my 2022 foia request is still 2028
(six years) and that the FBI wanted to know if I wanted to narrow the scope of my foia request for my FBI file.

Please do narrow the scope of my foia request to anything related to Russia-Gate in my FBI file. Paul
Cronin told me and Duaa Altaee of a Russian scheme to subvert the 2016 election in President
Trump's favor and that Russia had Kompromat on Trump. Paul told us these things in July-Sept
2016 months before this was published in the Steele Dossier.

Please provide an updated release date now that I have narrowed the scope.

Thank you,
Bradley Foerster, MD PhD
9337 Copenhaver Drive
Potomac, MD 20854

On Tue, Mar 18, 2025 at 9:48AM FBI.FOIPA.NEGOTIATION@FBI.GOV <FBI.FOIPA.NEGOTIATION@fbi.gov> wrote:

> Good Morning Bradley Foerster,
>
>
> Thank you for the email confirmation concerning this request.  We have noted that you are still
> interested in the potentially responsive documents at this time.
>
> Thank you for providing us with your current mailing address and we will update our system to
> the following:
>
>
> 9337 Copenhaver Drive
>
> Potomac, MD 20854
>
>
> Any future status inquires please go to foipaquestions@fbi.gov
>
>
>
> Sincerely,
>
>
> Negotiation Team
>
> Federal Bureau of Investigation
>
> Fbi.foipa.negotiation@fbi.gov

Status Checks: https://vault.fbi.gov/fdps-1/@@search-fdps | foipaquestions@fbi.gov

For additional information, please visit the www.fbi.gov/foia website.



**From:** Bradley, Foerster MD PhD <bradfoerster05@gmail.com>
**Sent:** Tuesday, March 18, 2025 9:17 AM
**To:** FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
**Cc:** Bradley Foerster, MD PhD <bradfoerster05@gmail.com>
**Subject:** [EXTERNAL EMAIL] - Re: Foipa request 1580912-001

Typo in prior email:

Dear Mr Seidel, this reply is in response to your attached letter dated Feb 19 2025. Yes, I am confirming my interest in continuing the Foipa request and receiving all material.

## Please note my new address.

Thank you,

Bradley Foerstet

9337 Copenhaver Drive

Potomac, MD 20854

On Tue, Mar 18, 2025 at 9:16 AM Bradley, Foerster MD PhD <bradfoerster05@gmail.com> wrote:

Typo in prior email:


Dear Mr Seidel, this reply is in response to your attached letter dated Feb 19 2025. Yea, I am confirming my interest in continuing the Foipa request and receiving all material.


## Please note my new address.


## Thank you,

## Bradley Foerster

## 9337 Copenhaver Drive

## Potomac, MD 20854



On Tue, Mar 18, 2025 at 9:03 AM Bradley, Foerster MD PhD <bradfoerster05@gmail.com> wrote:

> Dear Mr Seidel, this reply is in response to your attached letter dated Feb 19 2025. Yea, I am confirming my interest in continuing the Foipa request and receiving all material.
>
>
> Please note my new address.
>
>
> Thank you,
>
> Bradley Foerstet
>
> 9337 Copenhaver Drive
>
> Potomac, MD 20854

# Exhibit R

**2:09**  ᵃ⁵G 🔋



Dear Dr. Petrou,

Thank you for taking the time to share your story with me.

Your words are a powerful reminder of the strength, resilience, and spirit of the American people.  It is because of proud, hardworking citizens like you that I will never stop fighting to protect our values, defend our freedoms, and put America first.

Melania and I send our best wishes to you and your family.  May God bless you, and may He continue to bless the United States of America.

Sincerely,



*You may follow President Trump and the White House on Facebook, Instagram, X, and*

↩ Reply        ↪ Forward        ☺